UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CALVERT, in his capacity as liquidating trustee of the Meridian Investors Trust, | Case No. MC17-0100RSL |
| Plaintiff, | |
| v. | ORDER TO ISSUE WRIT OF GARNISHMENT |
| GEORGE STEVEN KOOSHIAN, | |
| Defendant, | |
| v. | |
| SUNTRUST BANK, | |
| Garnishee. | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, George Steven Kooshian, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, SunTrust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on August 22, 2017.

Dated this 24th day of August, 2017.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge